ORIGINAL



FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0471

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 19-0471

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CARESSA JILL HARDY, a/k/a GLENN LEE
DIBLEY,

    Defendant and Appellant.

FILED

OCT 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Appellee State of Montana moves for leave to file an overlength response brief in this matter pursuant to M. R. App. P. 12(10). The State notes that this Court granted Appellant Caressa Jill Hardy, a/k/a Glenn Lee Dibley, leave to file an overlength opening brief of not more than 16,987 words. Counsel for the State alleges that Hardy raised four issues in the opening brief of this complex appeal that warrant a comprehensive response and detailed discussion of the underlying record. The State therefore requests leave to file an overlength response brief of not more than 16,987 words.

Upon consideration of the State's motion and with good cause appearing,

IT IS THEREFORE ORDERED that Appellee is granted leave to file a response brief of not more than 16,987 words.

The Clerk is directed to provide notice of this Order to all counsel of record.

DATED this 4 day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices